

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00461-CV

| | | |
|---|---|---|
| DARRIEN JAMAL GORDON, Appellant | § | On Appeal from the 153rd District Court |
| V. | § | of Tarrant County (153-280663-15) |
| | § | February 14, 2019 |
| DAVID REDELSPERGER, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.

In accordance with rule of appellate procedure 46.3, we suggest a remittitur of $125,000. If, within fifteen days of the date of this opinion Appellee David Redelsperger files in this court the suggested remittitur, we will reform the trial court's judgment in accordance with the remittitur and affirm the trial court's judgment as reformed.

If the suggested remittitur is not timely filed, we will reverse the trial court's judgment and remand the case for a new trial on the issue of unliquidated damages.

It is further ordered that each party shall bear his own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel